

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00217-CV

———————————————————

IN RE CHAD TUCKER, Relator

---

Original Proceeding
97th District Court of Montague County, Texas
Trial Court No. 24-169-DCFAM-0003

---

Before Bassel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency stay of underlying proceedings and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency stay of underlying proceedings are denied.

Per Curiam

Delivered: May 13, 2025